IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JONATHAN LOUIS RUTLEDGE, AIS # 242515, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-cv-00504-WKW |
| ) | |
| KEN KILLINGSWORTH, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

The Magistrate Judge filed a Report (Doc. # 7) in which she recommended the dismissal of the case. The plaintiff timely filed objections (Doc. # 8) to the Report and Recommendation, but the court finds that the objections lack merit and this case is due to be dismissed with prejudice for the reasons stated by the Magistrate Judge.

Accordingly, it is ORDERED that:

1.      The Objection (Doc. # 8) is OVERRULED;

2.      The Report and Recommendation (Doc. # 7) is ADOPTED;

3.      The claims against Defendants Deborah Tew, Ken Killingsworth, Jamey Williams, Todd Register, Scott Pilgreen, Kenny Harden, and Jimmy Graham are DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

4.      To the extent the plaintiff's claims challenge the constitutionality of a conviction and sentence imposed upon him by the Circuit Court of Barbour County, Alabama, these claims are DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

An appropriate judgment will be entered.

DONE this 31st day of July, 2007.

                                            /s/  W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE